UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF GEORGIA

STATESBORO DIVISION

| | | |
|---|---|---|
| CAMPANELLA D'ANGELO, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | CV616-061 |
| SCREVEN COUNTY COMMISSIONERS, *et al.*, | ) ) ) | |
| Defendants. | ) ) | |

## ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court and this case is **DISMISSED**.

**ORDER ENTERED** at Augusta, Georgia, this 28th day of November, 2016.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA